Court of Criminal
Appeals

Enclosed writ
that will be Filed/entered
As Soon As Jail personel
Stop Denying Access to
Court And Delaying legal
process.

Neses Martin Mereg
Autograph

4c Fire

This document contains some
pages that are of poor quality
at the time of imaging.

# MOTION FOR LEAVE TO FILE

Cause No 01DCIS301738 ) IN THE DISTRICT

Ex parte
Moses Martin Morales
       Applicant

) CRIMINAL APPEAL
) OF THE STATE
) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled And Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus .

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 17 2015

Abel Acosta, Clerk

Respectfully Submitted
Autograph/signature → Moses Martin Morales
              Pro. Se. Power of Attorney In fact
              Moses Martin Morales
              # 1532599
              Del valle Cor. Complex
              3614 Bill Price Rd.
              Del valle Tx. [78617]

Cause No. DIDCIS 301 738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-15 By Mail to Judge David Crain on 11-8-15 By Mail And to Amelia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on 11-8-15 By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service. Enclosed in Envelope properly Addressed on this Day 11-8-15 Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX 78767. Judge David Crain 509 W. 11 St Austin TX, 78702 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78211

11-8-15
Date

Moses Martin Morales
Pro Se Autograph Power Of Attorney In Fact

# WRIT OF MANDAMUS

Cause No. D1DC15301738

Moses Martin Morales )
    Relator )
                        IN the Court
V. )        of Criminal Appeals
David Crain )     of the state of
    Respondent )    Texas
                 )

## To THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # cause Directing David Crain Judge for the 331st Jud. Eval District Travis County who IS precidying the ABove # Cause Respondent to Set for Hearing (OR Release the Relator) Because of the facts Described In the Writ of Habeas Corpus Which the Said David Crain Has Not Set For Hearing for Relief Request Which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR
2. Release Me Moses Martin Morales the Flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSULT FV STRANGUVATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property — This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Any one Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without Any Consent.

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have Not waived Any Rights Is Chantal M. Eldridge. who without

Pg. 2

My Consent waved Rights Including Denial of Access to Court, pretrail — And Astoundingly Did Act As If she was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provided Any Documents Beside the Indictment of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to NO Avail. The Said writ Has Been filed & In the Courts In & for the Above & Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said Writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # cause

II. The Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent My Self. A Right that can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of office

III I the Relator can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys named Operating Simply to Deny Me Access to Court & Keep Me Incarcerated, So I Have no Adequate Remedy At law to pursue the Requested Relief (which is Hear My writ of Habeus Corpus or Release Me) Other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus in this Cause Under Article 5 of the texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the Realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain Respondent to Set for Hearing writ of Habeus Corpus or in the Alternative Release Me

Moses Martin Mireles

10-25-15
Date

Autograp
Power of Attorney in fact